FILED

02/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0563

# In the Supreme Court of the State of Montana

Supreme Court No. DA 23-0563

JORY RUSSELL STRIZICH
    Appellant,

vs.

STATE OF MONTANA,
    Appellee.

## Order

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until March 12, 2024, to prepare, file and serve the opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 9 2024